1 | MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
2 | STEPHEN LAU (SBN 221051)
980 9th Street, Suite 1700
3 | Sacramento, CA 95814-2736
Telephone: 916-553-4000
4 | Facsimile: 916-553-4011

5 | Attorneys for Plaintiff Jim Marshall

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

**C 06 0329**

11 | JIM MARSHALL, ) Case No.
)
12 | Plaintiff, ) **COMPLAINT FOR COPYRIGHT**
) **INFRINGEMENT AND FALSE**
13 | v. ) **DESIGNATION OF ORIGIN**
)
14 | VINTAGE VINYL, INC., an Illinois ) **DEMAND FOR JURY TRIAL**
corporation, )
15 | )
Defendant. )
16 | _____ )

17      Plaintiff Jim Marshall brings this action against defendant Vintage Vinyl, Inc. for

18 | injunctive relief and damages under the Copyright and Trademark laws of the United States as

19 | follows:

20 | **THE PARTIES**

21      1.    Plaintiff Jim Marshall ("plaintiff") is an individual who resides and does

22 | business in the Northern District of California.

23      2.    On information and belief, Vintage Vinyl, Inc. ("defendant") is a

24 | corporation incorporated in the State of Illinois. Defendant transacts interstate business

25 | throughout the United States from its Internet website http://www.vvmo.com.

26 | **JURISDICTION**

27      3.    This is a civil action arising, *inter alia*, under the Copyright and

28 | Trademark laws of the United States. This Court has jurisdiction over the subject matter of the

1  First and Second Claims for Relief pursuant to 15 U.S.C. § 1121, 17 U.S.C. § 501, 28 U.S.C.

2  § 1331, and 28 U.S.C. § 1338.

3                                    **VENUE**

4          4.      Venue in this district is proper under 28 U.S.C. §§ 1391(b) and (c) and 28

5  U.S.C. § 1400(a).

6              **ALLEGATIONS COMMON TO BOTH CLAIMS FOR RELIEF**

7          5.      Plaintiff is an internationally recognized professional photographer.

8          6.      Plaintiff is the creator and copyright owner of photographs of many well-

9  known musicians, such as Johnny Cash, Jimi Hendrix, Janis Joplin, Jim Morrison, Led Zeppelin,

10 Bob Dylan, The Rolling Stones and The Beatles.  Plaintiff was the only photographer to whom

11 The Beatles granted backstage access at their last concert, and was one of the principal

12 photographers at the Monterey Pop Festival and the original Woodstock.

13         7.      Plaintiff's photographs have appeared on over 500 record covers, and in

14 domestic and international publications including *Newsweek, Time, Life, The Saturday Evening*

15 *Post, Look,* and *Rolling Stone.*

16         8.      Some of plaintiff's art photography is in the Smithsonian Institute's

17 permanent collection.

18         9.      Johnny Cash ("Mr. Cash"), who passed away in 2003, was one of the most

19 accomplished, famous, and recognizable country music artists of our time.

20         10.     Over the course of his nearly 50-year career, Mr. Cash recorded more than

21 1,500 songs.  Over 50 million copies of his recordings have been sold.  Mr. Cash was the subject

22 of a biographical motion picture in 2005.

23         11.     In 1969, Mr. Cash gave a concert at San Quentin Prison in California.  The

24 San Quentin concert included the first public performance of *A Boy Named Sue,* one of

25 Mr. Cash's best-known songs.  Plaintiff was the only photographer given permission to

26 photograph Mr. Cash at San Quentin.

27         12.     Plaintiff first met Mr. Cash in 1962, and they remained friends until the

28 time of Mr. Cash's death.

251.19.PLE.Complaint.vvmo.wpd

COMPLAINT FOR COPYRIGHT INFRINGEMENT
AND FALSE DESIGNATION OF ORIGIN

13.     "Johnny Cash 1969" (the "copyrighted work") is a photograph that plaintiff took of Mr. Cash at San Quentin.  A true and correct copy of the copyrighted work is attached hereto and marked Exhibit "A."

14.     Plaintiff considers the copyrighted work to be a sufficiently important part of his life's work to have included it in *Not Fade Away: The Rock and Roll Photography of Jim Marshall.*  In addition, because of the unique and evocative nature of the copyrighted work, plaintiff is particularly protective of the use of that image.

15.     The copyrighted work is the subject of United States Copyright Office Certificate of Registration No. VA 932-352, issued to plaintiff on or about July 17, 1998.  A true and correct copy of the Certificate of Copyright is attached hereto and marked Exhibit "B."

16.     Since the creation of the copyrighted work, plaintiff has continued to comply with provisions of the Copyright Act with respect to the copyright.

17.     Plaintiff continues to be the sole proprietor of all right, title and interest in and to the copyrighted work.

18.     Plaintiff has never conveyed any right, title or interest in or to the copyrighted work to any other person.  Plaintiff has never released the copyrighted work into the public domain.

19.     Plaintiff has learned that defendant has nevertheless publicly exhibited, offered for sale and sold articles – namely T-shirts and sweatshirts – that infringe the copyright that plaintiff owns.  Defendant's website, accessed on January 9, 2006, offers for sale several such infringing items.  (A true and correct copy of that webpage is attached hereto as Exhibit "C.")  Those items include:

        a.     a T-shirt bearing the title "REGARDS, JOHNNY CASH : THE ALTERNATE 'FINGER'" (A true and correct copy of the image as it appears on this T-shirt is attached hereto as Exhibit "D");

        b.     a T-shirt bearing the title "THE FINGER" (A true and correct copy of the image as it appears on this T-shirt is attached hereto as Exhibit "E"); and

1          c.     a sweatshirt bearing the title "THE FINGER."

2      20.    The infringing T-shirt called "THE FINGER" bears an image identical to

3 plaintiff's copyrighted work, with the words "Johnny Cash" printed beneath the image.

4      21.    The infringing T-shirt called "REGARDS, JOHNNY CASH : THE

5 ALTERNATE 'FINGER'" bears an image that is identical to plaintiff's copyrighted work, with

6 three alterations: (1) the copyrighted image has been cropped to show only Mr. Cash's face and

7 hand; (2) the copyrighted image has been colorized; and (3) the words "regards, Johnny Cash"

8 have been placed next to the face of Mr. Cash.

9      22.    Plaintiff believes that the sweatshirt called "THE FINGER" also bears an

10 image that is identical to or somehow derived from plaintiff's copyrighted work.

11     23.    Neither plaintiff, nor anyone authorized by him, has at any time licensed

12 defendant to reproduce, advertise, distribute, sell, exhibit, or otherwise deal in the copyrighted

13 work, whether on T-shirts, sweatshirts, or on any other article.

14               **FIRST CLAIM FOR RELIEF**

15               **(Copyright Infringement)**

16      24.    Plaintiff incorporates by this reference and realleges each and every

17 allegation set forth in paragraphs 1 through 23 herein.

18      25.    By reason of the foregoing, defendant's conduct has infringed plaintiff's

19 copyright interest in the copyrighted work, including plaintiff's exclusive right to reproduce the

20 copyrighted work and to prepare derivative works based upon the copyrighted work.

21      26.    The activities of defendant in intentionally or negligently offering for sale,

22 distributing and/or publicly exhibiting articles that infringe the aforementioned copyright

23 constitute willful acts of infringement.

24      27.    This extensive and wide reaching infringement is likely to severely

25 diminish the value of plaintiff's work by the distribution of inferior copies on T-shirts and

26 sweatshirts of a work of fine art closely associated with plaintiff.   By reason of the foregoing,

27 plaintiff has and will suffer irreparable damage to his business, reputation, and goodwill.

28

28.     Plaintiff is informed and believes, and on that basis alleges, that unless enjoined by this Court, defendant intends to continue its course of conduct and to wrongfully use, infringe upon, sell and otherwise profit from the copyrighted work.  As a direct and proximate result of the acts of defendant alleged above, plaintiff has already suffered irreparable damage. Plaintiff has no adequate remedy at law to redress all of the injuries that defendant has caused and intends to cause by its conduct.  Plaintiff will continue to suffer irreparable damage until defendant's actions alleged above are enjoined by this Court.

## SECOND CLAIM FOR RELIEF

### (False Designation of Origin)

29.     Plaintiff incorporates by this reference and realleges each and every allegation set forth in paragraphs 1 through 28.

30.     Defendant, while doing business in interstate commerce, has intentionally or negligently misrepresented the source of defendant's products to actual and potential customers of defendant and to other third parties.

31.     Defendant's wrongful conduct constitutes a violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

32.     As a result of the foregoing, plaintiff has been damaged in an amount which is not precisely ascertainable, but which will be inserted herein by amendment at such time as it is precisely ascertained.

33.     Plaintiff has no adequate remedy at law for defendant's wrongful conduct in that (i) if defendant's wrongful conduct continues, consumers are likely to become further confused as to the source of the copyrighted work, (ii) defendant's use constitutes an interference with plaintiff's goodwill and reputation, and (iii) defendant's conduct, and the resultant damages to plaintiff, are continuing.

34.     Accordingly, plaintiff is entitled to preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1116(a).

251.19.PLE.Complaint.wmo.wpd

COMPLAINT FOR COPYRIGHT INFRINGEMENT
AND FALSE DESIGNATION OF ORIGIN

35. Defendant has been guilty of oppression, fraud and malice in doing the things herein, by reason of which plaintiff is entitled to damages for the sake of example and by way of punishing defendant.

36. Plaintiff is also entitled to recover his attorney's fees and costs of suit pursuant to 15 U.S.C. § 1117(a).

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff demands judgment as follows:

**A.     On the First Claim For Relief, Judgment in Favor of Plaintiff:**

1. Preliminarily and permanently enjoining defendant from engaging in any conduct constituting an infringement of plaintiff's copyright identified above;

2. Directing the destruction of all goods infringing plaintiff's copyright in the possession, custody or control of defendant;

3. Awarding plaintiff either his actual damages and defendant's profits from their infringing activities or, at plaintiff's subsequent election, statutory damages, together with his costs of this action, including his reasonable attorneys' fees; and

4. That defendant, within thirty days after service of judgment, with notice of entry thereof upon defendant, be required to file with the Court and serve upon plaintiff a written report under oath setting forth in detail the manner in which defendant has complied with the injunctive relief requested herein.

**B.     On the Second Claim For Relief, Judgment in Favor of Plaintiff:**

1. That defendant account for and pay over to plaintiff all damages sustained by them and all profits realized by defendant by reason of defendant's unlawful acts alleged herein pursuant to 15 U.S.C. §1117(a) and that plaintiff be awarded recovery of the full costs of this action against defendant;

2. That plaintiff be awarded three times the amount of his damages or defendant's profits, whichever is greater, together with a reasonable attorney's fee pursuant to 15 U.S.C. §1117(b); and

/ / /

6

COMPLAINT FOR COPYRIGHT INFRINGEMENT
AND FALSE DESIGNATION OF ORIGIN

C.     **On All Claims For Relief:**

    1.     For such other and further relief as the Court may deem just and proper.

Dated: January 12, 2006

                MENNEMEIER, GLASSMAN & STROUD LLP
                ANDREW W. STROUD
                STEPHEN LAU

                Andrew W. Stroud
                Attorneys for Plaintiff Jim Marshall

## DEMAND FOR JURY TRIAL. [FRCP Rule 38(b)]

    Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, plaintiff hereby demands a jury trial herein.

Dated: January 12, 2006

                MENNEMEIER, GLASSMAN & STROUD LLP
                ANDREW W. STROUD
                STEPHEN LAU

                Andrew W. Stroud
                Attorneys for Plaintiff Jim Marshall

**EXHIBIT A**



**EXHIBIT B**

# CERTIFICATE OF REGISTRATION

**FORM VA**
For ... of the Visual Arts

UN
RE

**VA 932 – 352**

(VA)

EFFECTIVE DATE OF REGISTRATION

7 / 7 / 98
Month | Day | Year



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS · OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

......TINUATION SHEET.......

---

**1** TITLE OF THIS WORK ▼

Johnny Cash 1969

NATURE OF THIS WORK ▼ See instructions

Photograph

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼

Jim Marshall

DATES OF BIRTH AND DEATH
Year Born ▼ 1936   Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **United States**
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION T THE WORK
If the answer to of these questio "Yes," see detai instructions.
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Check appropriate box(es).  See instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☒ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION T THE WORK
If the answer to of these questio "Yes," see detai instructions.
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Check appropriate box(es).  See instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given ◀Year in all cases.

1969

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ Oct.  Day ▶ 15  Year ▶ 1997
ONLY if this work has been published.          United States

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Jim Marshall
3622 16th Street
San Francisco, CA 94114

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
JUL 7 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 17 1998
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.     · Sign the form at line 8.
DO NOT WRITE
Page 1 of ...

Added by C.O. via telephone conversation of 4-15-99
with Lawrence G. Townsend.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes." why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Lawrence G. Townsend
Owen Wickersham & Erickson
455 Market Street, 19th Floor
San Francisco, CA 94105
Area Code and Telephone Number ▶  415-882-3290

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jim Marshall                                    Date▶  6/5/98

Handwritten signature (X) ▼ _James J. Marshall_

MAIL
CERTIFI-
CATE TO

Name ▼
Lawrence G. Townsend

Number/Street/Apt ▼
Owen Wickersham & Erickson
455 Market Street, 19th Floor

City/State/ZIP ▼
San Francisco, CA 94105

Certificate
will be
mailed in
window
envelope

**• YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS**
**IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1998. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**EXHIBIT C**



# T-SHIRTS (Music)

(This page last updated January 4, 2006.)
NOTE : The majority of t-shirts we carry are in large and extra large sizes.
Smaller sizes may take extra time to order(up to 2 months!!). Specify in "Questions" field on orderform size desired.
Please call or e-mail us for any further details regarding shirts.

## | BEAT-YOUN |
### || Movies ||

*To add item[s] to your shopping cart, and for all payment details and options, click on the box next to an item,*
*click the 'Add to Cart' button at the bottom of the page, and then proceed to checkout.*

| ADD | FMT | ARTIST | TITLE | Cat#/Remarks | PRICE |
|---|---|---|---|---|---|
| ☐ | T-SHIRT | BEATLES, THE | ABBEY ROAD (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | BEATLES, THE | ROYAL COMMAND PERFORMANCES LONDON 1963 (image) | BLACK SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | BEATLES, THE | RUBBER SOUL (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | BEATLES, THE | YELLOW SUBMARINE (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | BEATLES, THE | YESTERDAY AND TODAY : BUTCHER COVER!! (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | BEATLES, THE (GEORGE HARRISON) | PORTRAIT (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | BJORK | PORTRAIT ON FRONT/NAME ON BACK | L, XL - TAN | $19.99 |
| ☐ | T-SHIRT | BROWN, JAMES | YOUNG STAGE SHOT @ MIC W/NAME | L, XL - WHITE | $19.99 |
| ☐ | T-SHIRT | BUCKLEY, TIM | PORTRAIT (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | CASH, JOHNNY | AWARDS (front image and back image) | BLACK SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | CASH, JOHNNY | I SHOT A MAN IN RENO JUST TO WATCH HIM DIE (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | CASH, JOHNNY | REGARDS, JOHNNY CASH : THE ALTERNATE "FINGER" (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | CASH, JOHNNY | REGARDS, JOHNNY CASH : THE ALTERNATE "FINGER" (image) | WHITE SHIRT - EXTRA LARGE | $19.99 |

| | | | | |
|---|---|---|---|---|
| ☐ | T-SHIRT | CASH, JOHNNY | THE FINGER (be the coolest at Christmas dinner sporting this shirt) | BLACK SHIRT - MEDIUM | $19.99 |
| ☐ | T-SHIRT | CASH, JOHNNY | THE FINGER (be the coolest at the mall sporting this shirt) | BLACK SHIRT - SMALL | $19.99 |
| ☐ | T-SHIRT | CASH, JOHNNY | THE FINGER (be the coolest at the movie sporting this shirt) | BLACK SHIRT - EXTRA LARGE | $19.99 |
| ☐ | T-SHIRT | CASH, JOHNNY | THE FINGER (image) | BLACK SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | CASH, JOHNNY | THE FINGER (image) | BLACK SHIRT - 2XL | $19.99 |
| ☐ | SWEATSHIRT | CASH, JOHNNY | THE FINGER (BLACK HOODIE WITH THE FINGER IMAGE ON BACK-FRONT HAS IMAGE WITH LIFESPAN DATES) | BLACK SWEATSHIRT - XL | $39.99 |
| ☐ | T-SHIRT | CLASH, THE | GROUP PHOTO (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | COCKSPARRER | BLOODY WINGED LOGO | L, XL - BLACK | $19.99 |
| ☐ | T-SHIRT | CURE, THE | ROBERT SMITH PORTRAIT (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | DICKIES, THE | DAWN OF THE DICKIES | L, XL - BLACK | $19.99 |
| ☐ | T-SHIRT | DICKIES, THE | GIGANTOR | L, XL - BLACK | $19.99 |
| ☐ | T-SHIRT | DYLAN, BOB | PORTRAIT (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | GRATEFUL DEAD, THE | SKULL (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | HENDRIX, JIMI | PORTRAIT (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | JOPLIN, JANIS | PORTRAIT (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | KINKS, THE | PINK BAND LOGO | L, XL - BLACK | $19.99 |
| ☐ | T-SHIRT | LED ZEPPELIN | 1ST LP COVER (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | LED ZEPPELIN | STAIRWAY TO HEAVEN (image) | BLACK SHIRT - EXTRA LARGE | $19.99 |
| ☐ | T-SHIRT | NEW YORK DOLLS, THE | FOUR WHITE FACES (W/PINK LIPSTICK) | L, XL - BLACK | $19.99 |
| ☐ | T-SHIRT | NEW YORK DOLLS, THE | S/T ARTWORK, BAND ON COUCH | L, XL - BLACK | $19.99 |
| ☐ | T-SHIRT | NIRVANA | WITH THE LIGHTS OUT (image) | BLACK SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | NIRVANA (KURT COBAIN) | TEEN SPIRIT (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | RAMONES, THE | GROUP PHOTO (image) | WHITE SHIRT - LARGE | $19.99 |

| | | | | |
|---|---|---|---|---|
| ☐ | T-SHIRT | RAMONES, THE | ROAD TO RUIN (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | REPLACEMEMNTS, THE | LET IT BE (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | ROLLING STONES, THE | A BIGGER BANG 2005 TOUR (image) | BLACK SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | ROLLING STONES, THE (KEITH RICHARDS) | PORTRAIT (image) | WHITE SHIRT - LARGE | $19.99 |
| ☐ | T-SHIRT | SEX PISTOLS, THE | GOD SAVE THE QUEEN | L, XL - NAVY BLUE | $19.99 |
| ☐ | T-SHIRT | SMITHS, THE | MEAT IS MURDER | L, XL - WHITE | $19.99 |
| ☐ | T-SHIRT | SMITHS, THE | SALFORD LADS CLUB GROUP SHOT | L, XL - BLACK | $19.99 |
| ☐ | T-SHIRT | T. REX | ELECTRIC WARRIOR (LP COVER) | L, XL - BLACK | $19.99 |
| ☐ | T-SHIRT | THUNDERS, JOHNNY | BORN TO CRY | L, XL - BLACK | $19.99 |
| ☐ | T-SHIRT | VINTAGE VINYL STORE SHIRT | 25 YEAR CELEBRATION SHIRT (Celebrate with us!) | PINK WITH BLACK INK- MEDIUM | $19.99 |
| ☐ | T-SHIRT | VINTAGE VINYL STORE SHIRT | 25 YEAR CELEBRATION SHIRT (Celebrate with us!) | PINK WITH BLACK INK- EXTRA LARGE | $19.99 |
| ☐ | T-SHIRT | VINTAGE VINYL STORE SHIRT | 25 YEAR CELEBRATION SHIRT (Celebrate with us!) | PINK WITH BLACK INK- LARGE | $19.99 |
| ☐ | T-SHIRT | WHO, THE | MAXIMUM R & B (image) | BLACK SHIRT - EXTRA LARGE | $19.99 |
| ☐ | T-SHIRT | WILLIAMS, HANK | PORTRAIT | L, XL - BLACK | $19.99 |
| ☐ | T-SHIRT | YOUNG, NEIL | LIKE A HURRICANE (image) | WHITE SHIRT - LARGE | $19.99 |

| **BEAT-YOUN** |
|| Movies ||

Back to Top

[ Add to Cart/Checkout ]

| Home | Search | Recent Arrivals | Catalog | About Us | Helpful Hints | Links |

52

**EXHIBIT D**



**EXHIBIT E**

