MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
STEPHEN LAU (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile: 916-553-4011

Attorneys for Plaintiff Jim Marshall

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JIM MARSHALL, | CASE NO: C 06-00329 SBA |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | [FRCP 41 (a)(1)(i)] |
| VINTAGE VINYL, INC. an Illinois corporation, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN THAT Plaintiff Jim Marshall hereby dismisses this action in its entirety with prejudice as against Defendant pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. This voluntary dismissal is being filed prior to Defendant filing any responsive pleadings in this matter.

Pursuant to the terms of the Settlement Agreement, Plaintiff and the above-named Defendant have agreed that a Stipulated Permanent Injunction will be entered against Defendant prohibiting it from engaging in any activity constituting copyright infringement or a violation of the Section 43(a) of the Lanham Act against Plaintiff Jim Marshall.

The Court is to retain jurisdiction over this matter in order to enforce the terms of the Settlement Agreement and the Stipulated Permanent Injunction.

Dated: May 31, 2006               MENNEMEIER, GLASSMAN & STROUD LLP

_____
Andrew W. Stroud
Attorneys for Plaintiff Jim Marshall