MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
STEPHEN LAU (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile: 916-553-4011

Attorneys for Plaintiff Jim Marshall

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JIM MARSHALL,<br><br>   Plaintiff,<br><br>v.<br><br>VINTAGE VINYL, INC., an Illinois corporation,<br><br>   Defendant. | Case No. 06-00329 SBA<br><br>**STIPULATED PERMANENT INJUNCTION** |

NOTICE IS HEREBY GIVEN THAT Jim Marshall and Vintage Vinyl, Inc., by and through their counsel of record, do hereby stipulate and agree that a permanent injunction will be in effect against Vintage Vinyl, Inc., including its agents, employees, and representatives, permanently enjoining it as follows:

(1) from any further sales, distribution or exhibition of any articles, merchandise or clothing of any kind bearing an unauthorized copy of Jim Marshall's photograph of Johnny Cash attached as Exhibit A to Jim Marshall's Complaint, Copyright Registration No. VA 932-352;

(2) from engaging in any acts or omissions which constitute an infringement of Jim Marshall's rights in or rights to use or exploit his photograph of Johnny Cash attached as Exhibit A to Jim Marshall's Complaint, Copyright Registration No. VA 932-352;

(3) from using any false designation of origin or false description which is likely to cause confusion among the public or consumers or individual members thereof, as to the true origin of Jim Marshall's photograph of Johnny Cash attached as Exhibit A to Jim Marshall's Complaint, Copyright Registration No. VA 932-352;

(4) from engaging in any acts of unfair competition against Jim Marshall concerning his photograph of Johnny Cash attached as Exhibit A to Jim Marshall's Complaint, Copyright Registration No. VA 932-352; and

(5) from assisting, aiding, abetting, or encouraging any other person or entity in any activity referred to in this injunction.

IT IS FURTHER AGREED THAT the United States District Court, Northern District of California, will have jurisdiction over this matter to the extent necessary to enforce this permanent injunction and the terms of the Settlement Agreement, in the event that Vintage Vinyl, Inc. is found to have violated the terms of this injunction or the Settlement Agreement.

**IT IS SO STIPULATED:**

Dated: May 2?, 2006

Davis McGrath LLC

_____
Boris Umansky
Attorneys for Vintage Vinyl, Inc.

Dated: June 2, 2006

MENNEMEIER, GLASSMAN & STROUD LLP

_____
Andrew W. Stroud
Attorneys for Jim Marshall

Stipulated Permanent Injunction after redline incorporations.wpd     2     STIPULATED PERMANENT INJUNCTION